AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JUDY STULTS

V.

THE MIDLAND COMPANY,
MIDLAND-GUARDIAN COMPANY,
AMERICAN MODERN INSURANCE
GROUP, INC., and SUNBELT
GENERAL AGENCY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV796-MHT

TO:
Sunbelt General Agency, Inc.
c/o Ray R. Johnston
1020 Monticello Court
Montgomery, Alabama  36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terry A. Sides, Esq.
BURGESS & HALE, LLC
300 Financial Center
505 20th St. N
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Donna M. Noufleet_
(BY) DEPUTY CLERK

DATE _September 6, 2007_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                          *Signature of Server*

                                  _____
                                  *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 1.82 | 2:07cv796 |
| Certified Fee | 2.65 | 9-6-07 |
| Return Reciept Fee (Endorsement Required) | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 6.62 | |

Sent To: Sunbelt General Agency, Inc.
c/o Ray R. Johnston
1020 Monticello Court
Montgomery, Alabama 36117

PS Form 3800,

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JUDY STULTS

V.

THE MIDLAND COMPANY,
MIDLAND-GUARDIAN COMPANY,
AMERICAN MODERN INSURANCE
GROUP, INC., and SUNBELT
GENERAL AGENCY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV796-MHT

TO:
American Modern Insurance Group, Inc.
c/o John W. Hayden
7000 Midland Blvd.
Amelia, Ohio  45102-2607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terry A. Sides, Esq.
BURGESS & HALE, LLC
300 Financial Center
505 20th St. N
Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                             _September 6, 2007_
CLERK                                            DATE

_(signature)_
DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
  Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                  *Signature of Server*

                                   _____
                                   *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.82 | 2:07cv796 |
| Certified Fee | | 2.65 | 9-6-07 |
| Return Receipt Fee (Endorsement Required) | | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 6.62 | |

Sent To: American Modern Insurance Group, Inc.
Street, Apt or PO Box: c/o John W. Hayden
                       7000 Midland Blvd.
City, State: Amelia, Ohio 45102-2607

7007 0710 0005 1269 8092

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JUDY STULTS

V.

THE MIDLAND COMPANY,
MIDLAND-GUARDIAN COMPANY,
AMERICAN MODERN INSURANCE
GROUP, INC., and SUNBELT
GENERAL AGENCY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV796-MHT

TO:
Midland-Guardian Company
c/o John W. Hayden
700 Midland Blvd.
Amelia, Ohio  45102-2607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terry A. Sides, Esq.
BURGESS & HALE, LLC
300 Financial Center
505 20th St. N
Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
_____
CLERK
(By) DEPUTY CLERK

September 6, 2007
_____
DATE

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
    Certified Mail, Return Receipt Requested

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                   Date                              *Signature of Server*

                                             *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.82 | 2:07cv796 |
| Certified Fee | | 2.65 | 9-6-07 |
| Return Reciept Fee (Endorsement Required) | | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 6.62 | |

Sent To
Midland-Guardian Company
c/o John W. Hayden
7000 Midland Blvd.
Amelia, Ohio 45102-2607

PS Form 3800, June 2...

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

JUDY STULTS

V.

THE MIDLAND COMPANY,
MIDLAND-GUARDIAN COMPANY,
AMERICAN MODERN INSURANCE
GROUP, INC., and SUNBELT
GENERAL AGENCY, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV796-MHT

TO: The Midland Company
c/o John W. Hayden
7000 Midland Blvd.
Amelia, Ohio  45102-2607

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Terry A. Sides, Esq.
BURGESS & HALE, LLC
300 Financial Center
505 20th St. N
Birmingham, AL 35203

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    September 6, 2007
CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |
| *Check one box below to indicate appropriate method of service* |||
| ☐ Served personally upon the defendant. Place where served: |||
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: |||
| ☐ Returned unexecuted: |||
| ☑ Other (specify): Certified Mail, Return Receipt Requested |||
| STATEMENT OF SERVICE FEES |||
| TRAVEL | SERVICES | TOTAL $0.00 |
| DECLARATION OF SERVER |||

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 1.82 | 2:07cv796 |
| Certified Fee | | 2.65 | 9-6-07 |
| Return Reciept Fee (Endorsement Required) | | 2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | |
| Total Postage & Fees | $ | 6.62 | |

Sent To: The Midland Company
c/o John W. Hayden
7000 Midland Blvd.
Amelia, Ohio 45102-2607

PS Form 3800, June

7006 2760 0005 0010 8054

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.