**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Midland-Guardian Company
   c/o John W. Hayden
   7000 Midland Blvd.
   Amelia, Ohio 45102-2607

   2:07CV796 (Cmpl Smo 20 Dys)

2. Article Number
   (Transfer from service label)    7003 1010 0005 1269 8078

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Don Franke      ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Don FRANKLIN

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

Shuts

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The Midland Company
   c/o John W. Hayden
   7000 Midland Blvd.
   Amelia, Ohio 45102-2607

   2:07CV796 (Cmpl Smo 20 Dys)

2. Article Number
   (Transfer from service label)    7003 1010 0005 1269 8054

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Don Franke      ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Don FRANKLIN

D. Is delivery address different from item 1? ☐ Yes
   enter delivery address below:               ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540