**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Heather Morris_    ☐ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes    ☐ No
If YES, enter delivery address below:

1. Article Addressed to:

American Modern Insurance Group, Inc.
c/o John W. Hayden
7000 Midland Blvd.
Amelia, Ohio 45102-2607

2:07cv796 (Complaint 20 dys)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7003 1010 0005 1269 8092

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540