IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY STULTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|    v. | )    2:07cv796-MHT |
| | ) |
| THE MIDLAND COMPANY, | ) |
| a corporation, et al., | ) |
| | ) |
|    Defendants. | ) |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on October 19, 2007, with all briefs due by said date.

DONE, this the 26th day of September, 2007.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE