IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUDY STULTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-796-mht |
| | ) |
| THE MIDLAND COMPANY, et al., | ) |
| | ) |
| Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Judy Stults, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party

_____        _____

_____        _____

_____        _____


10-4-07                               Terry A. Sides
Date                                  Counsel

                                      Judy Stults
                                      Counsel for (print names of all parties)

                                      505 20th St. N Ste 300; Birmingham, AL 35203
                                      Address, City, State Zip Code

                                      (205) 715-4466
                                      Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

    I, Terry A. Sides, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, on this 4th day of October 2007, to:

James W. Garrett, Jr., Esq.
**RUSHTON, STAKELY, JOHNSTON & GARRETT, PA**
P. O. Box 270
Montgomery, AL   36101-0270

10-4-07
Date

/s/ Terry A. Sides
Signature