IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHER DIVISION

| | |
|---|---|
| **JUDY STULTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07 CV 796-mht |
| | ) |
| **THE MIDLAND COMPANY, et al.** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Midland Company, Midland Guardian Company, American Modern Insurance Company and Sunbelt General Agency, Inc., Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following conflict disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☒ The following entities and their relationship to the party are hereby reported:

 1. The Midland Company is a corporation organized and existing under the laws of the State of Ohio, with its principal place of business in the City of Amelia, Ohio;

 2. Midland Guardian Co. is an Ohio corporation, with its principal place of business in the City of Amelia, Ohio;

 3. American Modern Insurance Group, Inc. is an Ohio corporation, with its principal place of business in the City of Amelia, Ohio; and,

 4. Sunbelt General Agency, Inc. is an Alabama corporation, with its principal place of business in the City of Montgomery, Alabama.

5. Sunbelt General Agency, Inc. is owned 100% by Modern Services Group, Inc., an Ohio corporation with its principal place of business in Amelia, Ohio. The stock of Modern Services Group, Inc. is owned 100% by American Modern Insurance Group, Inc., an Ohio corporation with its principal place of business in the City of Amelia, Ohio. The stock of American Modern Insurance Group, Inc. is owned 100% by the Midland Guardian Co., an Ohio corporation, with its principal place of business in the City of Amelia, Ohio. 100% of the stock of Midland Guardian Co. is owned by Midland Company, an Ohio corporation with its principal place of business in the City of Amelia, Ohio.

Attached hereto as Exhibit A is an organizational chart of the Midland Company showing the relationship of the company's defendant and other companies.

Respectfully submitted this the 4 day of October, 2007.

Respectfully submitted,

/s/ James W. Garrett, Jr.
Post Office Box 270
Montgomery, Alabama 36101-0270
Phone: (334) 206-3143
Fax: (334) 481-0809
e-mail: jwg@rsjg.com

*Attorney for Defendants The Midland Company, Midland- Guardian Company, American Modern Insurance Company, Inc., and Sunbelt General Agency, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice of such filing to ECF participants.

Terry A. Sides, Esq.
Burgess & Hale,
300 Financial Center, 505 N. 20th Street
Birmingham, Alabama  35203

/S/ JAMES W. GARRETT, JR.

