UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JUDY STULTS,  )
)
     Plaintiff,  )
)
v.  )  Case No. 2:07 CV 796-mht
)
THE MIDLAND COMPANY, et al.  )
)
     Defendants.  )
)
)

*(Stamp: RECEIVED 2007 OCT 10 P 2: 44, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT)*

## MOTION FOR ADMISSION OF DAVID K. MONTGOMERY
### *PRO HAC VICE*

**COMES NOW** the undersigned, James W. Garrett, Jr., who is admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to David K. Montgomery, of the law firm of Keating, Muething & Klekamp, PLL, One East Fourth Street, Suite 1400, Cincinnati, Ohio 45202, to appear *pro hac vice* in this action for the purpose of representing the Defendants. The applicant is admitted to practice before the United States District Court, Southern District of Ohio, in which he regularly practices law, as shown by the original of the Certificate in Good Standing from the United States District Court, Southern District of Ohio attached hereto and made part hereof as Exhibit 1.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $20 in payment of the fee prescribed by Rule

83.1 (b) of the Rules of the United States District Court for the Middle District of Alabama.

*[signature]*
Rushton, Stakely, Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Tel: (334) 206-3143
Fax: (334) 481-0809
E-Mail: jwg@rsjg.com
Bar Number: ASB-2446G70J

/s/ David Montgomery
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6475
Fax: (513) 579-6457
E-Mail: dmontgomery@kmklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service, the foregoing document to:

Terry Sides, Esq.
Burgess & Hale
300 Financial Center
505 N. 20th Street
Birmingham, Alabama 35203

*[signature]*
Of Counsel

2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, James Bonini, Clerk of this Court, certify that

**DAVID K. MONTGOMERY, BAR #0040276,**

was duly admitted to practice in this Court on

January 4, 1989

and is in good standing as a member of the Bar of this Court.

Dated at Cincinnati, Ohio on October 9, 2007



James Bonini
JAMES BONINI, CLERK

By: _____
Tempann Thomas, Deputy Clerk

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000708
Cashier ID: kalandra
Transaction Date: 10/10/2007
Payer Name: RUSHTON STAKELY JOHNSTON
-------------------------------------
PRO HOC VICE
 For: DAVID K. MONTGOMERY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-------------------------------------
CHECK
 Check/Money Order Num: 103277
 Amt Tendered:  $20.00
-------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```

mphv- David K. Montgomery

Stults v. The Midland Company et al

2:07-cv-00796-MHT-CSC