## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **JUDY STULTS,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No. 2:07-cv-796-MHT-CSC |
| | ) |
| **THE MIDLAND COMPANY**, *et al.* | ) **UNOPPOSED** |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes now the plaintiff, by and through her counsel of record, and moves this Court for an unopposed 14-day extension of time for the filing of her response to the defendants' motion to dismiss (Doc. #6) and the filing of the parties' Rule 26(f) planning meeting report. As grounds for this motion, the plaintiff shows unto this Court as follows:

1.  The current deadline for the plaintiff's response to the defendants' motion to dismiss and the parties' planning meeting report is October 19, 2007.

2.  Counsel for the plaintiff has had oral surgery the week of October 15, 2007, and is unavailable to participate in the parties' Rule 26 planning meeting and prepare and file either the required report or the plaintiff's response to the defendants' motion to dismiss.

3.  Plaintiff requests that the October 19 deadline for these two filings be

extended by 14 days, up to and including November 2, 2007. Counsel for the defendants agrees to and consents to this request for extension of time.

**WHEREFORE, THE ABOVE PREMISES HAVING BEEN CONSIDERED**, the plaintiff moves this Court to grant this motion and to extend until November 2, 2007, the deadline for filing her response to the defendants' motion to dismiss and the filing of the parties' Rule 26(f) planning meeting report.

       s/ Terry A. Sides
Terry A. Sides
ASB-7513-e47t
tsides@burgesshale.com
Attorney for Plaintiff

OF COUNSEL:
**BURGESS & HALE, L.L.C.**
300 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Phone: (205) 715-4466
Fax: (205) 715-4454

## CERTIFICATE OF SERVICE

      I hereby certify that on **October 17, 2007**, I have served a copy of the above and foregoing on counsel for all parties by:

_____      Facsimile transmission to the following non-CM/ECF participants;

_____      Hand delivery to the following non-CM/ECF participants;

_____      Placing a copy of same in the United States Mail, properly addressed and first class postage prepaid to the following non-CM/ECF participants;

  X      Using the CM/ECF system which will send notification of such to the following:

| | |
|---|---|
| James W. Garrett, Jr. | David K. Montgomery, Esq. |
| **RUSHTON, STAKELY,** | **KEATING, MUETHING &** |
|    **JOHNSTON & GARRETT** |    **KLEKAMP, PLL** |
| P. O. Box 270 | One East Fourth St., Ste. 1400 |
| Montgomery, AL   36101-0270 | Cincinnati, Ohio  45202 |

                                      s/ Terry A. Sides
                                      OF COUNSEL