IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JUDY STULTS, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>THE MIDLAND COMPANY, )<br>a corporation, et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:07cv796-MHT |

**ORDER**

It is ORDERED that the motion for admission pro hac vice (Doc. No. 13) is granted.

DONE, this the 17th day of October, 2007.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE