IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JUDY STULTS,                    )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )         2:07cv796-MHT
                                )
THE MIDLAND COMPANY,            )
a corporation, et al.,          )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that the motion for extension of time (Doc. No. 14) is granted.

DONE, this the 18th day of October, 2007.

                                  /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE