IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JUDY STULTS,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-796-MHT-CSC |
| | ) | |
| **THE MIDLAND COMPANY**, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed.R.Civ.P. 26(f), a telephone meeting was held on November 1, 2007, and was attended by:

    (a) Terry A. Sides for the plaintiff.

    (b) James W. Garrett, Jr., and David K. Montgomery for the defendants.

2.  **Pre-discovery Disclosures.** The parties will exchange by December 7, 2007 the information required by Fed.R.Civ.P. 26(a)(1).

3.  **Discovery Planning.** The parties jointly propose to the court the following discovery plan:

    (a) Discovery will be needed on the following subjects:

        (i) The plaintiff's claims of age discrimination and retaliation, her damage claims, and the defenses of the defendants.

    (ii) Disclosure or discovery or electronically stored information (ESI) should be handled as follows:

    (A) The production of ESI will be done in native format. To the extent the producing party cannot produce any requested document in native format, ESI-related documents shall be produced in otherwise agreeable form.

    (B) The parties have agreed that regarding claims of privilege or protection as trial-preparation material, the provisions of Section I of Guideline I of this court's Guidelines to Civil Discovery Practice shall apply.

  (b) All discovery will be commenced in time to be completed by May 31, 2008.

    (i) Maximum of 25 interrogatories (including sub-parts) by the plaintiff and 25 (including sub-parts) by the collective defendants. Responses due 30 days after service, unless extended by mutual agreement of the parties or by order of the court.

    (ii) Maximum of 25 requests for admissions by the plaintiff and 25 by the collective defendants. Responses due 30 days after service, unless extended by mutual agreement of the parties or by order of the court.

    (iii) Maximum of 12 depositions by the plaintiff and 12 by the collective defendants. Each deposition limited to maximum of 7 hours of testimony,

unless extended by agreement of the parties or by order of the court.

        (iv)    Reports from retained experts under Rule 26(a)(2) due from the plaintiff by February 1, 2008, and from the defendants by March 1, 2008.

        (v)    Supplementations under Rule 26(e) due April 30, 2008.

        (vi)    Maximum of 25 requests for production of documents by the plaintiff and 25 by the collective defendants.  Responses due 30 days after service, unless extended by mutual agreement of the parties or by order of the court.

**4.**    **Other Items:**

    (a)    The parties do not request a conference with the court before entry of the scheduling order.

    (b)    The parties request a pre-trial conference in November 2008.

    (c)    Plaintiff will be allowed until January 15, 2008 to join additional parties and amend the pleadings.

    (d)    Defendants will be allowed until February 15, 2008 to join additional parties and amend the pleadings.

    (e)    All potentially dispositive motions will be filed by August 1, 2008.

    (f)    The parties are discussing scheduling an early mediation.

    (g)    Final list of witnesses and exhibits under Rule 26(a)(3) will be

due from the plaintiff and the defendants 30 days prior to the trial date.

  (h) The parties have 14 days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

  (i) The case should be ready for trial by December 2008, and at this time is expected to take approximately 3 days, excluding jury selection.

           s/ Terry A. Sides
           Terry A. Sides (ASB:7513-E47T)
           Attorney for the Plaintiff

OF COUNSEL:
**BURGESS & HALE, L.L.C.**
300 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
(205) 715-4466

           s/ James W. Garrett, Jr.
           James W. Garrett, Jr.
           One of the Attorneys for Defendants

OF COUNSEL:
**RUSHTON, STAKELY, JOHNSTON & GARRETT**, PA
P. O. Box 270
Montgomery, AL 36101-0270
Phone: (334) 206-3100

           s/ David K. Montgomery
           David K. Montgomery
           One of the Attorneys for Defendants

OF COUNSEL:
**KEATING, MUETHING & KLEKAMP, PLL**
One East Fourth St., Ste. 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400