UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JUDY STULTS,** | ) | Case No. 2:07 CV 796-mht |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **THE MIDLAND COMPANY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ.P. 41(a) the parties hereby stipulate to the dismissal of this action with prejudice.

Respectfully submitted,                          Respectfully submitted,

/s/ Terry A. Sides                               /s/ David K. Montgomery
Terry A. Sides                                   David K. Montgomery
Burgess & Hale, LLC                              Keating Muething & Klekamp, PLL
300 Financial Center                             One East Fourth Street
505 North 20th Street                            Suite 1400
Birmingham, Alabama 35203                        Cincinnati, Ohio 45202
Tel. (205) 715-4466                              Tel. (513) 579-6400
Fax (205) 715-4454                               Fax (513) 579-6457
E-mail: tsides@burgesshale.com                   dmongtomery@kmklaw.com
Attorney for Plaintiff, Judy Stults

                                                 James W. Garrett, Jr.
                                                 184 Commerce Street
                                                 Montgomery, AL  36104
                                                 Tel:  (334) 206-3100
                                                 Fax: (334) 262-6277
                                                 E-Mail: ds@rsjg.com

                                                 Attorneys for Defendants,
                                                 The Midland Company,
                                                 Midland-Guardian Company,
                                                 American Modern Insurance Group, Inc.,
                                                 and Sunbelt General Agency, Inc.

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notice of such filing to ECF participants.

/s/ David K. Montgomery

2291252.1